UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

  Plaintiff,

v.

**Harwant Kaur Kang;
Sacramento/Dunnigan Holding Co. Inc**., a
California Corporation; and Does 1-10,

  Defendants.

Case No.: 2:18-cv-01816-WBS-EFB

**ORDER ON REQUEST TO CONTINUE SCHEDULING CONFERENCE**

FAC Filed:  June 25, 2018
Trial Date:  N/A

Having read the request to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to May 14, 2019, and the scheduling conference, be continued to May 28, 2019 at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 6, 2019

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE