UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARWANT KAUR KANG; SACRAMENTO/DUNNIGAN HOLDING CO. INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-01816-WBS-EFB<br><br>**ORDER** |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later than **November 18, 2019**, or a joint status report by that date if settlement has not been finalized. A Status Conference is set in this action on **November 25, 2019 at 01:30 PM** in Courtroom 5 (WBS) before Senior Judge William B. Shubb , and shall be automatically vacated upon the submission of a stipulated dismissal by the parties. The Pretrial Conference date of March 2, 2020 and the Trial date of April 28, 2020 are vacated.

Notice of Settlement　　　　　-1-　　　　　2:18-CV-01816-WBS-EFB

**IT IS SO ORDERED**

Dated: September 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE