UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARWANT KAUR KANG; SACRAMENTO/DUNNIGAN HOLDING CO. INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants, | **Case No**. 2:18-CV-01816-WBS-EFB<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal, or a joint status report if settlement has not been finalized, is extended to **December 5, 2019**. The Status Conference is continued to **December 9, 2019 at 1:30 p.m.**

IT IS SO ORDERED.

DATED: November 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE